**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
December 12, 2025
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
   DEPUTY CLERK

| | | |
|---|---|---|
| **TOCCARA PULLER,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:25CV00455 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **MS. BACH, et al.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |

*Toccara Puller, Pro Se Plaintiff.*

The plaintiff, Toccara Puller, proceeding pro se, filed a civil rights action under 42 U.S.C. § 1983. Puller consented to pay the filing fee for the case through installments withheld from her inmate trust account. However, on October 20, 2025, it came to the attention of the court that Puller had been released from incarceration. The court then entered an Order on October 21, 2025, notifying Puller that she was no longer eligible for the installment payment method due to her release, and directed her to pay the total assessed fees in the amount of $405.00 or otherwise respond within thirty days of the Order's entry. Puller was advised that a failure to pay the fee in full or respond to the court's Order would result in dismissal of this action without prejudice.

The thirty-day period has since elapsed, and Puller has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Puller may refile the claims in a separate action once she is prepared to comply with the noted conditions.

DATED: December 12, 2025

/s/ JAMES P. JONES
Senior United States District Judge